```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 13-81037-CIV-ZLOCH
```

PATRICIA GROVES, as the Personal
Representative of the Estate of
DAVID LYNN GROVES,

       Plaintiff,                    **FINAL ORDER OF DISMISSAL AS**
                                               **TO DEFENDANT EMERSON**
vs.                                             **ELECTRIC CO.**

EMERSON ELECTRIC CO., CAS
ENTERPRISES, INC., KREG
ENTERPRISES and KREG
INTERNATIONAL, INC.,

       Defendants.
_____/

      THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal With Prejudice Of Defendant Emerson Electric Co. (DE 35), filed herein by Plaintiff, Patricia Groves, as the Personal Representative of the Estate of David Lynn Groves, and Defendants, Emerson Electric Co., CAS Enterprises, Inc., KREG Enterprises and KREG International, Inc.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1.  The Parties's Joint Stipulation Of Dismissal With Prejudice of Defendant Emerson Electric Co. (DE 35) be and the same is hereby approved, adopted and ratified by the Court; and

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice as to Defendant Emerson Electric Co.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___27th___ day of May, 2014.

                                                                                               */s/ William J. Zloch*
                                                                                  WILLIAM J. ZLOCH
                                                                                   United States District Judge

Copies furnished:

All Counsel of Record