IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Patricia Groves, as Personal Representative of     )
the ESTATE OF DAVID LYNN GROVES,                   )
                                                   )
              Plaintiff,                           )
                                                   )
v.                                                 )     CASE NO. 9:13-CV-81037-WJZ
                                                   )
KREG ENTERPRISES, INC.,                            )
                                                   )
              Defendants                           )

## VERDICT

1. Was the Kreg featherboard unreasonably dangerous due to a lack of warnings and instructions, which was a legal cause of David Groves' death?

    _____            ___✓_____
    YES                   NO

2. Was Kreg negligent due to a lack of warnings and instructions accompanying its featherboard, which was a legal cause of David Groves' death?

    ___✓_____           _____
    YES                   NO

If your answers to questions 1 and 2 are both NO, your verdict is for the defendant, and you should not proceed further. If your answer to either question 1 or question 2 is YES, please answer question 3.

3. Was there negligence on the part of Mr. Groves which was a legal cause of Mr. Groves' death?

    YES__✓__   NO_____

If your answer to question 3 is YES, please answer question 4. If your answer to question 3 is NO, skip question 4 and answer questions 5 and 6.

4. State the percentage of any fault, which was a legal cause of Mr. Groves' death that you charge to:

   Kreg Enterprises    20 %

   Mr. Groves          80 %

   Total must be 100%

In determining the amount of damages, do not make any reduction because of the negligence, if any, of Mr. Groves. If you find that Mr. Groves was negligent, the court in entering judgment will make an appropriate reduction in the damages awarded.

Please answer questions 5 and 6.

5. What is the total amount (100%) of any damages sustained by the Estate of David Lynn Groves for medical or funeral expenses due to the death of David Groves?

   $ 52,000.00 ( Fifty-Two Thousand + 00/100 )

6. What is the total amount (100%) of any damages sustained by Patricia Groves for the loss of support and services, the loss of David Groves' companionship and protection and Patricia Groves' pain and suffering as a result of David Groves' injury and death?

   $ 600,000.00 ( Six Hundred Thousand + 00/100 )


**SO SAY WE ALL.**

Signed and Dated at the United States Courthouse, West Palm Beach, Florida, this the 31 day of August, 2015.


_____          _____
Foreperson Signature                     Foreperson Print Name